746 A.2d 452

STATE OF NEW JERSEY, PLAINTIFF–APPELLANT, v.
ISRAEL PADILLA, DEFENDANT–RESPONDENT.

STATE OF NEW JERSEY, PLAINTIFF–APPELLANT, v. EDWARD
FELICIANO, A/K/A JULIO VALEZ, JULIO VELEZ, EDDIE VEGA
AND EDWARD FLACO, DEFENDANT–RESPONDENT.

Argued February 14, 2000—Decided March 8, 2000.

*James L. McConnell,* Assistant Prosecutor, argued the cause
for appellant (*Wayne J. Forrest,* Somerset County Prosecutor,
attorney; *Mr. McConnell* and *Marina S. Peck,* Assistant Prosecu-
tor, on the brief).

*Linda Mehling,* Assistant Deputy Public Defender, argued the
cause for respondent Israel Padilla (*Ivelisse Torres,* Public De-
fender, attorney).

*Cecelia Urban,* Assistant Deputy Public Defender, argued the
cause for respondent Edward Feliciano (*Ivelisse Torres,* Public
Defender, attorney).

PER CURIAM.

This matter has come to the Supreme Court through different
procedural avenues. The Court denied defendants' petitions for
certification, which related to the unanimous portion of the Appel-
late Division's judgment. 162 *N.J.* 198, 743 *A.*2d 850 (1999).
Based on the partial dissent filed in the Appellate Division and
reported at 321 *N.J.Super.* at 112, 728 *A.*2d 279 (1999), the State
filed an appeal as of right pursuant to *Rule* 2:2–1(a)(2). In respect
of that appeal, the judgment of the Appellate Division is affirmed,
substantially for the reasons expressed in Judge Kleiner's majori-
ty opinion, reported at 321 *N.J.Super.* 96, 728 *A.*2d 279 (1999).

*For affirmance*—Chief Justice PORITZ and Justices O'HERN, STEIN, COLEMAN, LONG, VERNIERO and LaVECCHIA—7.

*Opposed*—None.